■ RONALD ZAVAGLIA, Appellant, v CARL GRASTA et al., Defendants, and CORTLAND SAVINGS BANK, Respondent. [638

NYS2d 378] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Galloway, J. (Appeal from Order of Supreme Court, Monroe County, Galloway, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Wesley, Doerr and Balio, JJ.